# United States District Court
# Central District of California

| | |
|---|---|
| GREGORY J. MARCINSKI, JR., <br> Plaintiff, <br> v. <br> EXPERIAN INFORMATION SOLUTIONS, INC., <br> Defendant. | Case No. 2:15-cv-01310-ODW(SSx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 12), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Thursday, October 8, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

July 8, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**