JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. MARCINSKI, JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No. 2:15-cv-01310 ODW (SSx) <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

**IT IS SO ORDERED.**

Dated: July 28, 2015

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE